AO 442 (Rev. 10/03) Warrant for Arrest

9381559

UNSEALED 11/6/13 KCM

# UNITED STATES DISTRICT COURT

Southern District of California

**FILED**
NOV - 6 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KCM DEPUTY

UNITED STATES OF AMERICA

V.

Leonard Glenn Francis (1) and
Jose Luis Sanchez (2)

## WARRANT FOR ARREST

Case Number: **'13 MJ 4027**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Jose Luis Sanchez
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Conspiracy to commit bribery

DATE: 11/6/13
ARRESTED BY: USMS
Tampa, FL
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: Maria

in violation of Title 18 United States Code, Section(s) 371

The Honorable Bernard G. Skomal
Name of Issuing Officer

Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

11/1/2013           San Diego, California
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

5199    NCIS