UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 13-CR-04287-JLS |
| Plaintiff, | |
| vs. | **ORDER ALLOWING TELEPHONIC APPEARANCE** |
| JOSE LUIS SANCHEZ, | |
| Defendant | |

**IT IS HEREBY ORDERED** that Defendant Jose Sanchez and his counsel

may appear telephonically at the December 20, 2023 Status Hearing.

**SO ORDERED**.

Dated:  December 19, 2023

Hon. Janis L. Sammartino
United States District Judge